UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JUWAUN LONG,

    Plaintiff,

v.

A. MUNRO, et al.,

    Defendants.

_____/

Case No. 2:21-cv-150

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Motions for summary judgment were filed by the Plaintiff (ECF No. 27) and the remaining two defendants, A. Munro and J. Laponsie (ECF No. 41). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 28, 2022, recommending that this Court grant Defendants' motion as to Plaintiff's official-capacity claims for monetary relief, deny Defendants' motion as to the remaining claims, and deny Plaintiff's motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 49) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Plaintiff's motion for summary judgment (ECF No. 27) is DENIED.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 41) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED as to Plaintiff's official-capacity claims for monetary relief against Defendants and those claims are DISMISSED. The remainder of the motion is DENIED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Dated: March 15, 2023    /s/ Paul L. Maloney
                         Paul L. Maloney
                         United States District Judge